IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| KATHY COLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:14-00132-GCM |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER ) | |
| OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

There being no dispute between the parties, it is ORDERED that Plaintiff's Motion for Attorney Fees (Doc. No. 20) is GRANTED. Defendant is ordered to pay to Plaintiff the sum of $3,707.62 (Three Thousand Seven Hundred Seven and 62/100 Dollars), of which $400 (Four Hundred Dollars) are for court costs, in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

**SO ORDERED.**

Signed: September 10, 2015

Graham C. Mullen
United States District Judge